## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV |
|---|---|
| Lee E. Ammons, Jr., Michael Moore, Linda Skinner, Amelia Sandoval, Luethel Jones, Louis Childress, James Washington, Linda Sims-Ingram, Reason Lee, Lionel Davis, Leslie Hearns, Elmer Frazier, Plaintiffs<br>v. Cook County, Illinois, et al., Defendants. | FILED: MAY 14, 2008<br>08CV2779 J. N.<br>JUDGE CASTILLO<br>MAG. JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lee E. Ammons, Jr., Michael Moore, Linda Skinner, Amelia Sandoval, Luethel Jones, Louis Childress, James Washington, Linda Sims-Ingram, Reason Lee, Lionel Davis, Leslie Hearns, Elmer Frazier

| NAME (Type or print) |
|---|
| Michael J. Greco, Attorney at Law |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ *[signature]* |

| FIRM |
|---|
| Michael J. Greco, Attorney at Law |

| STREET ADDRESS |
|---|
| 70 W. Hubbard Street, Suite 302 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06201254 | 312 222-0599 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |