**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Lee E. Ammons Jr., et al.
                        Plaintiff,

v.                                       Case No.: 1:08−cv−02779
                                       Honorable Ruben Castillo

Cook County, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 7/24/2008. Counsel for plaintiffs appeared. Plaintiffs' counsel is directed to complete service on all the defendants. Parties are directed to file a joint status report on or before 9/9/2008. The parties are directed to address whether joinder of all plaintiffs in a single complaint is appropriate. The Court will hold a status hearing in open court on 9/18/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.